18

United States District Court
for The
Eastern District of Michigan
Southern Division
New District

Buck. A. Fraly
Plaintiff

Case: 2:21-cv-13048
Judge: Cox, Sean F.
MJ: Grand, David R.
Filed: 12-14-2021
PRIS FRALY VS GRAND TRAVERSE COUNTY
CHILD PROTECTIVE SERVICE EMPLOYEES ET AL (DP)

v

Grand Traverse County Child Protective Service Employees John Doe and Jane Doe Family Division and Attorney Jacob Graff in Their individual Capacity, personal Capacity Et. Al, Defendants

42 USCA 1983 Federal
Civil Rights Complaint

This is a 42 USCA 1983 Federal Civil Rights Complaint Complaining About False Reports false Pretense.

(1)

POOR QUALITY ORIGINAL

(2) **Jurisdiction**

The Federal Jurisdiction Under 28 USCA 1391, 28 USCA 1331, See 28 USCA 1391 and 28 USCA 1343 The (42 USCA 1983 Federal Civil Rights) Lawsuit is Valid to File.

(3) **Venue**

The Federal Venue 28 USCA 1391 Is Appropriate to File In Federal District Court For The Eastern District of The State of Michigan.

(4) **Plaintiff Address**

Macomb Correctional Facility 34 25. 26- Mile Road; Lenox township, Michigan 48048 Buck A. Truly # 461-461.

(5) **Defendant Address**

The Defendants Address is At The Grand Traverse County Child Service Location

(2)

Defendant Attorney Jacob Graff Office Located on Front Street, Traverse City, Michigan 49684.

(6) Statement of Facts and Claim

on the approximate date of ___ 2017 the Attorney Jacob Graff testified in the Child Protective Services and made misstatements about the victim father, I was which was not true at the Child Protective Service trial. The subordination to perjury, perjury and false crime reporting to a crime within the State of Michigan and a violation of federal law. The Attorney Mr. Jacobs Graff did intentionally commit false statements at the Probate Court Division of the Child Protective Service in 2017. This caused the trial judge to take my kids from me in 2017 for 9-months.

(3)

Without my family I was very ill and had bad health conditions and was forced to live with strangers and was forced to live with strangers and had to take Anger Management Classes and Parenting Classes. And had to see my kids on saturday at Child Family Services in Traverse City, Michigan. I was Falsely accused falsely accused of being a Unfit Father based on a Hearsay, false accusation by the Attorney Jacob Graff and (CPS) Employees.

(2) The false statements was proven as false later on in 2017 and the complainant admitted it was false about me being an unfit father. After I called my attorney and he told me the truth and he lied and said I can go home and he told me

(4)

No Child Protective Service Kept Me From My Family For 9-Months The Charges Never arose again But The Plaintiff Had Lied to CPS and The Traverse Police Department, Yet They still kept my kids from Me and from My Wife, even Though They explained That The allegations were untrue stories. The Child Protective Service did Not Care, Because They did an emergency Hearing with the Family Division Court in Grand Traverse County to Have My Kids Removed from My Care and give Them to There Mother A Marsha Fruit My Wife.

The Lady From The (CPS) told The Courts That I Beat My Wife with a baseball in 2010 and that is why They wanted to have my kids taken from Me. She Lied to the Judge in Open Court and commit Perjury to get My Kids

(5)

Taken Further.

(5) Concluded

I want to add to the, 2010 I did Not even touch anyone with a bat and There is Nothing in My record, That states That and plus even if it did happen in 2010 what did They do with what was going on in 2017 They were constantly picking on Me. That is (cps) Service That is was trying to eratate Me, That Ms. Erin Cliff Kept trying to pick on Me to get Me to get Me Mad and Would Made Me Manhistu purposely try to anger Me.

(6) I'm innocent of The 2017 false Allegation's because I was only protecting My other son from his negative Behavior in 2017 early in April at The GoodWill Th we were staying For we were Homeless My wife had

(6)

Not been staying together with The boys and I' For She was having an affair on Me and we. were Just Found out in 2017 About The end of March.   (6)

I took Very Good Care of My Children and Kept Them Safe. So Early 'in April My Wife told Me about her Personal Love Affair She had and She admitted She did it For almost 7-Years Without My Knowledge. Yet i took her back as a Lawful Wedded Wife And Never called her a Degraded Wife or Unfaithful, I Just told her to Come Home or Come back to Me and are Family She came back to The good Will and Was back For 3-days and are Son Dakota Fruly who Was 17-Years at The time started beating up His youngster Brother Anthony Fruly who was 14 and

(7)

and Dakota is Much bigger Than Anthony. it was my Job to Stop Dakota as a father and i physically separated Them From fighting. Dakota Spit in my face and i grabbed his shirt and walked him to his Bed Room. Dakota Then Punched Me in my Face, my wife came and and accidentally fell to the Floor, Dakota went to School and told them The School officials i Slapped him for No Reasons. He told them i Threw my wife to the Floor.

My wife took The kids to her boyfriends' House and Smoked Drugs, used drugs and used Alcohol At The House. i Had a Mental Breakdown; After My Wife Let The Boys and Dakota was smoking cigarettes and dope Using.

(8)

INCONSISTENT PAGE NUMBERS

When in My Case The Kid's Were Not Allowed to do Those Things. They took anthony who Was still a Minor and Even when I Had a Mental Breakdown and Had to be on Medication My Wife Made a False Police Report to The (CPS) Protective Agency.

(9)

## Relief Requested

Wherefore, Plaintiff Pray and Request That The Court grant The 42 USCA 1983 Federal Civil Rights Action in The Amount of $1.4 Million Dollars Compensatory, and $425,000.00 Punitive Damages, and $200,000.00 Nominal Damages. $145,000.00 Special Damages. to Restrain The Defendants By a Preliminary Injunctions For Deprived Rights.

(10)

Dated:
December, 13th,
2021,

CC:
Carbon Copy Made

Respectfully Submitted By: Buck A. Fraly. #461481
Macomb Correctional Facility, 34625, 26-Mile Road. Lenox township, Michigan 48048.

(11)

Page (1).

Sworn Afficavit by Buck, Fraly #461481 macomb correctional facility

complaint for lawsuit agest grand traverse county 2017

3

To whom it may consern my name is Buck, Fraly #461481 I am filing a law saute on Grand travers county traverse city michigan 49684. I am filing a law sait on Grand traverse child pertective Serviceses and the Grand traverse county Court house faimly division and on my Attorney Jacob Graff office located on front street Traverse city michigan for furgery and fails police report and cop.s lieing on the stand to the Judge to take my kid's from me in 2017 and took my kid's from me for 9 months and left me homeless and without my family I was very ill and had bad healt conditions and was forced to live with strangers and had to take Anger mengement classes and parenting classes and had to see my kid's on saterday at child faimly servicace at in traverse city michigan. I was falesly Accused and the person who made the statement mada fails police report and after six months the person who made the complaint finaly told the truth and I called my Attorney and he told me that the plantiff told the truth and said he lied and I said so I can go home and he told me no. cps kept me from my family for nine

the charges even after they knew the plaintiff lied to c.p.s. and the police they still kept me from my family my wife and son and I told the cops and c.p.s. what happed and all are stories were the same but the police and cp.s did not care. cps did an emergency hearing with the family court division in Grand travers county to have my kids removed from my care and gave them to there mother Amanda fraly my wife. the lady from c.p.s. told the courts ~~that in~~ that I Beat my wife with a baseball Bat in 2010 and that is why they wanted to have my kids taken from me. she lied to the Judge in open court and commited purgery to get my kids taken from me. I want to add that in 2010 I did not ever touch any one with a bat and there is nothing on my record that states that and plus even if it did happen in 2010 what did that have to do with what was going on in 2017 they were constentley picking on me that is c.p.s. that is. A cps worker named erin cliff kept trying to pick on me to get me made and would make remarks to perposley try to anger me and get a rise out of me I have never touched my kids in any way and what I did in 2017 I was protecting my other son from his older half-

Page (3) 2017 law suite for Grandtrouse county

In 2017 early april at the goodwill inn we were staying for we were homeless my wife had not been staying with the boys and I for she was having an afair on me and we just found that out in 2017 about the end of march I took care of the kid's and kept them safe and took care of them. So in early april my wife told me about her afair that she had and she did it for almost seven years. I took her back and never called her any names and never yelled at her I just told her to come home or come back to me and are family she came back to the good will inn and was back for 3 day's and are son dakota fraly who was 17 at the time started beating up his younger brother Anthony fraly was 14 and dakota is way bigger than Anthony at that time so being a dad it is my job to step in and stop the fight dakota picked up Anthony and picked him up over his head and body slamed him on the cament floor I walked over to dakota my son and grabed his arm and put him up agest the wall and told him to stop never once hitting him dakota spit in my face and I grabed his shirt and walk him to the bed room to sit him down on the bed

to cool him down and as we enterd the bedroom Dakota punched me in the face and my reaction I slaped him and my wife came in the room to get in the middle and fell on the floor I did not touch her it was an accident. the next day dakota went to school and told the school I ~~~~ slaped him for no reson and I threw my wife on the floor because I was bored and cps came we told them exsactley what happend and my wife and my son Anthony and I all told them what happend but they still took my kids and my wife took ~~my~~ our kids from the goodwill inn and took my kids to her boyfriends house while we had an open cps case my wifes boyfriend smokes dope and drinks and I had to suffer and could not do anything during that nine months cps case was going on I am suing for mental aguis and deflamation of carector and being falsley aquesed and lied about and putting me threw a mental break down. After my wife move the boys to here boyfriend's dakota was smoking cigeretts dope and drinking my kids were not allowed to do those things at home I forbid it my wife told me not to tell cps about her having the kids at her Boyfriends house

Page (5)

2017

C.P.S case or thay would take anthony for he was still a mider so I had to suffer knowing my kids were with anether person than there dad. It was a big slap in my face to find out the person you love is cheating on you and then get her back and then take our kids Back to his house. this never would of happend if the plantiff would not have made a false police report and if c.p.s would not have lied to the courts to get my kids taken away from me so everything in this letter it true and to the best of my knolege and I will testify in open court this is a sworn Affidavid By me Buck. Fraly #461481 Thank you and. I would like Anthony fraly Amanda fraly - c.p.s and Grand traverse police department and my Attorney Jacob Graff to be called to court and all reperts from c.p.s Attorney and the police.

Sinserly
Buck Fraly
#461481 macomb correctional
11-27-21

I Want to File for a $7-Million Dollar Compensatory Damages Under Federal Rules of Civil Procedure 42 (a) to (d) And Federal Rules of Civil Procedure (68) and Federal Rules of Civil Procedure 69. See Mch. 600.6013; MSA 27a.6013 (1963) $7 Million Dollar Judgment is Requested By Me and MCA.8.625 (a) to (e) Attorney Fees of $500,000.00 42 USCA 1988 (a) to (J).

Reply Soon As Possible!
Sincerely Yours

Dated:

Respectfully Submitted By: Buck Afraly, #761481 Macomb Correctional Facility. 34625 26 Mile Road, Lenox Township, Mich— 48048

11-30-21

Dear,
Clerk of The Court The Plaintiff Submits The (3) Copies of 42 USCA 1983 Federal Civil Rights Complaint, Cover Letter, Appearance. With Certificate of Service, Notice of Hearing. Copy of Federal Certificate of Account Activity Form Attached, Copy served on Attorney General Ms. Dana Nessel at 525. West Ottawa. Street. Lansing, Michigan, 48909. Copy served on The Defendants At Their respective addresses. (1)

To: Clerk's Office of The U.S. District Ct. 231. Lafayette Street. Detroit, Michigan 48226.

Respectfully Submitted by: Bush A. Truly. Macomb Correctional Facility. 34625. 26 Mile Road. Lenox Township, Michigan 48048

Dated: December 10th, 2021

CC:

